# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

### CIVIL RIGHTS COMPLAINT FORM FOR
### PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
### 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

James D. Smith,

3030 Beach Blvd,

Jacksonville Floriday

*(Write the full name of each Plaintiff
filing this complaint. If there is
insufficient space to list the names of
all Plaintiffs, please write "see
attached" in the space above and
attach an additional page with a full
list of names.)*

**Case No.:** 4:19cv114-mw/CAS
*(To be filled in by the Clerk's Office)*

v.

Days Inn,

Wyndham Inter,

*(Write the full name of each Defendant
who is being sued in this complaint. If
there is insufficient space to list the
names of all Defendants, please write
"see attached" in the space above and
attach an additional page with a full
list of names.)*

**Jury Trial Requested?**
☒ **YES**   ☐ **NO**

Patel    Mr Patel
Wyndham CEO

FILED USDC FLND TL
MAR 5 '19 PM2:06

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: _James D Smith_

   Address: _30 30 Beach Blvd_

   _Jackson ville Florida_

   City, State, and Zip Code: _32207_

   Telephone: _____ (Home) _____ (Cell)

2. Plaintiff's Name: _James D Smith_

   Address: _doubleday 12F @ Gmail com_

   _Jackson ville Fl. 32007_

   City, State, and Zip Code: _____

   Telephone: _904- 505- 778_ (Home) _____ (Cell)

   *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: _DAys Inn - Tennessee Rd_

   Official Position: _Mr Patel_

   Employed at: _Days Inn_

   Mailing Address: _Tenness Blvd_
   _Tallahassee Fl_

   X Sued in Individual Capacity      X Sued in Official Capacity

2. Defendant's Name: _Mr Patel_

   Official Position: _Owner - Days Inn_

   Employed at: _Wyndham - Franchise_

   Mailing Address: _Tennessee Blvd_
   _Tallahassee_

   X Sued in Individual Capacity      X Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II.   BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)    ☒ State/Local Officials *(§ 1983 case)*

## III.  STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief.  Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim.  Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law.  Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident.  *Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*  You may make copies of the following page if necessary to supply all of the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

I was Tampered with as I Am a federal Witness August 14 - 1989 Pre-Now 29 years Bodily Injury over $75.000 Property Days Inn Nov. 2017 - Jan 2018 Property Stolen - $25.000 By Defendants

**Factual Allegations, Continued** *(Page ___ of ___)*

US Criminal Law - 1515
Tampering With federal
Witness.

Property Stoken

Upon My Stay At Days Inn
Tennessee Blvd Tallahassee
I was hurt by construction
on Property — to which Mr
Patel + Wnydam Did not
Have a build permit — Violation
of law - florida- 1991 RE Hurricane
Andrew — Suffered Permante Scar
on forhead — Requiring Staples
while Testifying Against former
Defendant Back page- Re -Special
Agent Mark SHafer — 615-232 800
I Made this clear to Wyndham
And Mr Patel + his family
                    3-6- 2019

## IV. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

Tampering with Witness
Causing Injury permant
Scar Forhead ~ Re Medical
Records ~ In the commission
of A federal case

## V. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

100 Million US Dollars
Deportation of the
Patel family — Tax fraud
9 S H Re Operation
Deport Duck
Re - Spaecial Agent Mark
shater FBI 615-232-7500

NDFL Pro Se 15 (Rev. 12/16) Civil Rights Complaint Non-Prisoner
ClerkAdmin/Official/Forms

6

## VI.    CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: _3/6/2019_  Plaintiff's Signature: _James W. Smith_

Printed Name of Plaintiff: _James D Smith_

Address: _Po 30 Beach Blvd_

_Jacksonville Fl. 32207_

E-Mail Address: _donholiday1218@Gmail.com_

Telephone Number: _____303~ 505~ 77 81_____

*(Additional signature page(s) must be attached if there is more than one*

*Plaintiff.)*