IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES D. SMITH,

    Plaintiff,

v.                                  Case No. 4:19cv114-MW/CAS

DAYS INN,
WYNDHAM INTER.,
and MR. PATEL,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Complaint, ECF No. 1, is **DISMISSED** as frivolous." The Clerk shall close the file.

**SO ORDERED on April 12, 2019.**

                                            s/Mark E. Walker          
                                            **United States District Judge**

---

[1] Plaintiff has failed to keep the Clerk advised of his current address as evidenced by returned mail. ECF No. 5.